**Glenda A. McCORMACK,
Plaintiff–Appellant,**

v.

**ROANOKE REGIONAL AIRPORT
COMMISSION, Defendant–
Appellee.**

No. 02–2330.

United States Court of Appeals,
Fourth Circuit.

Submitted March 7, 2003.

Decided March 19, 2003.

Glenda A. McCormack, Appellant Pro Se. Jim Harold Guynn, Jr., Guynn & Memmer, P.C., Roanoke, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Glenda A. McCormack appeals the district court's order granting summary judgment in favor of the Roanoke Regional Airport Commission in her sex discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McCormack v. Roanoke Regional Airport Comm'n*, No. CA–00–926–7 (W.D.Va. Oct. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*